IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 09-cv-01732-REB-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: March 17, 2010** | Courtroom Deputy, Kathleen Finney |

| | |
|---|---|
| SCS INTERACTIVE, INC., | Joseph R. Tache' |
|   a Colorado corporation, and | Jessica E. Yates |
| WHITEWATER WEST INDUSTRIES, LTD., | |
|   a Canadian corporation, | |
| **Plaintiff(s),** | |
| v. | |
| VORTEX AQUATIC STRUCTURES | Michael R. Slobasky |
|   INTERNATIONAL, INC., a Canadian corporation, | Harold R. Bruno, III |
| **Defendant(s).** | |

## COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING: MARKMAN HEARING**
**Court in Session:  9:39 a.m.**
Court calls case.   Appearance of counsel.

Court disclosed previous professional relationship with Plaintiff's new counsel of Snell & Wilmer, LLP and Defense counsel, Harold Bruno, III.  The Court discloses that prior to her appointment to the federal bench, she was of counsel with the law firm of Snell & Wilmer, LLP - Denver (from August 1, 2004 until August 4, 2007).

**It is ORDERED:**     The deadline for filing any motion to recuse is **March 23, 2010.**

9:46 a.m.     Plaintiffs' argument by Joseph R. Tache'.

10:38 a.m.    Defendant's argument by Michael R. Slobasky.

11:30 a.m.    Plaintiff's rebuttal argument by Joseph R. Tache'.

11:42 a.m.   Defendant's rebuttal argument by Michael R. Slobasky.

**It is ORDERED:**   The Court will take the Markman claim construction and Plaintiffs' Motion to Strike [Docket No. 53, filed March 9, 2010] **UNDER ADVISEMENT.**

The Court states Defendant's Motion for Summary Judgment [Docket No. 28, filed 1/15/2010] and Motion for Oral Argument on Motion for Summary Judgment [Docket No. 44, filed 3/3/2010] have been referred to this Court.

HEARING CONCLUDES.

**Court in recess: 11:56 a.m.**
Total In-Court Time:   02:17

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.