IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01732-REB-KLM

SCS INTERACTIVE, INC., a Colorado corporation, and WHITEWATER WEST INDUSTRIES LTD., a Canadian corporation,

Plaintiff,

v.

VORTEX AQUATIC STRUCTURES INTERNATIONAL, INC., a Canadian corporation,

Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on a **Stipulated and Joint Motion for Entry of Protective Order** [Docket No. 61; Filed March 26, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: March 26, 2010