IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01732-REB-KLM

SCS INTERACTIVE, INC., a Colorado corporation, and WHITEWATER WEST INDUSTRIES LTD., a Canadian corporation,

    Plaintiffs,

v.

VORTEX AQUATIC STRUCTURES INTERNATIONAL, INC., a Canadian corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion to Compel Discovery** [Docket No. 66; Filed April 15, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. Plaintiffs have not complied with the Court's Order that "[n]o opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCiv. 7.1(A). If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. Both of these steps must be completed before any contested discovery motions are filed with the Court." *See Docket* #6 and *Docket* #23. After filing the Motion, Plaintiffs' counsel contacted the Court and stated that the parties were unable to resolve a discovery dispute. Consequently, the Court has set a discovery hearing for April 22, 2010 at 10:00 am.

Dated: April 20, 2010