IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01732-REB-KLM

SCS INTERACTIVE, INC., a Colorado corporation, and WHITEWATER WEST INDUSTRIES LTD., a Canadian corporation,

    Plaintiff,

v.

VORTEX AQUATIC STRUCTURES INTERNATIONAL, INC., a Canadian corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case has settled. Accordingly,

    IT IS HEREBY **ORDERED** that **Defendant Vortex's Motion for Summary Judgment** [# 28] is **DENIED AS MOOT**.

    IT IS FURTHER **ORDERED** that Plaintiffs' **Motion for Oral Argument on Defendant's Motion for Summary Judgment** [# 44] is **DENIED AS MOOT**.

    IT IS FURTHER **ORDERED** that **Plaintiffs' Objection to and Motion to Strike Portions of Defendant Vortex's *Markman* Reply Brief in Opposition to Plaintiffs' Opening *Markman* Brief or in the Alternative Motion for Leave to File a Sur-Reply** [# 53] is **DENIED AS MOOT**.

Dated: June 25, 2010