IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01732-REB-KLM

SCS INTERACTIVE, INC., a Colorado corporation, and
WHITEWATER WEST INDUSTRIES LTD., a Canadian corporation,

    Plaintiffs,

v.

VORTEX AQUATIC STRUCTURES INTERNATIONAL, INC., a Canadian corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#80] filed September 13, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#80] filed September 13, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 13, 2010, at Denver, Colorado.

                          BY THE COURT:

                          /s/ Robert E. Blackburn
                          Robert E. Blackburn
                          United States District Judge